

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2015

No. 04-14-00383-CR

Sean **LEBO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 413956
Honorable Bill C. White, Judge Presiding

# O R D E R

At the request of defendant's appointed appellate attorney, Pat Montgomery, we abated this appeal and remanded the case for the trial court to determine whether there is a conflict of interest that precludes counsel from continuing to represent appellant in this matter. The trial court held a hearing at which defendant, his appellate attorney, and the State's attorney appeared. The trial court concluded that there is not presently a conflict of interest requiring Mr. Montgomery to withdraw. A reporter's record of the hearing and a supplemental clerk's record containing the trial court's findings of fact and conclusions of law have been filed.

We **reinstate** the appeal on the docket of this court. We order appellant's brief due **February 11, 2015**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court